

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2024

No. 04-24-00175-CR

Kendale James **LEE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0038
Honorable Catherine Torres-Stahl, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on April 24, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2024.

_____
Luz Estrada, Chief Deputy Clerk